IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OSCAR ROY DOSTER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) CIV. CASE NO. 2:19cv66-ECM |
| | ) |
| JEFFERSON DUNN, etc., *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

# O R D E R

Now pending before the court is the motion to appear *pro hac vice* (doc. 5) filed by Attorney Evan K. Farber on January 25, 2019. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to appear *pro hac vice* (doc. 5) be and is hereby GRANTED and Attorney Evan K. Farber be and is hereby ADMITTED to appear before this Court *pro hac vice* to represent the petitioner in this action. Counsel shall file a notice of appearance with the court.

DONE this 6th day of February, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE